UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DONALD M. GOLDEN,

                Plaintiff,

   -against-                                     04 CV 8677 (VM) (HBP)

MORGAN STANLEY DW INC.,

                Defendant.

------------------------------------------------------------x

<u><b>STIPULATION OF DISMISSAL WITH PREJUDICE</b></u>

        IT IS HEREBY STIPULATED by the parties hereto, through their undersigned counsel, that the above action be, and it hereby is, dismissed with prejudice and on the merits, and without costs or attorneys' fees to any party as against the other.

STIPULATED AND AGREED:

| MORGAN, LEWIS & BOCKIUS LLP | LIDDLE & ROBINSON, L.L.P. |
|---|---|
| By: _(signature)_ | By: _(signature)_ |
| Amber L. Kagan (AS-7973) | Christine A. Palmieri (CP-8235) |
| Carl G. Guida (CG-6227) | |
| 101 Park Avenue | 800 Third Avenue |
| New York, New York 10178 | New York, New York 10022 |
| tel: (212) 309-6000 | tel: (212) 687-8500 |
| fax: (212) 309-6001 | fax: (212) 687-1505 |
| *Counsel for Defendant Morgan Stanley DW Inc.* | *Counsel for Plaintiff Donald M. Golden* |

SO ORDERED: 3 August 2005

_(signature)_
Victor Marrero  U.S.D.J.